**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 10-cv-00065-WDM-MEH

RONALD VONDERHEIDE,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC, a Georgia limited liability company,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

COMES NOW the parties by and through their attorneys of record and for their Notice of Settlement and hereby state as follows:

1. The Plaintiff and the Defendant have reached a settlement.

2. The parties will be filing a Stipulation of Dismissal with Prejudice with each party to pay his or its own attorney's fees and costs once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by April 20, 2010.

Dated: April 13, 2010.

Respectfully submitted,

| | |
|---|---|
| _s/ David M. Larson_ | _s/ Timothy M. Murphy_ |
| David M. Larson, Esq. | Timothy M. Murphy, Esq. |
| 405 S. Cascade Avenue, Suite 305 | Hall & Evans, LLC |
| Colorado Springs, CO 80903 | 1125 17th Street, Suite 600 |
| (719) 473-0006 | Denver, CO 80202 |
| Attorney for the Plaintiff | (303) 628-3300 |
| | Attorney(s) for the Defendant |